IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **EDWARD ROMERO,** | ) | |
| | ) | |
| Plaintiff | ) | NO: 08 C 1681 |
| v. | ) | |
| | ) | **Judge Manning** |
| **UNION PACIFIC RAILROAD COMPANY,** | ) | **Magistrate Judge Keys** |
| | ) | |
| Defendant, | ) | |
| | ) | |
| | ) | **JURY DEMANDED** |

**NOTICE OF VOLUNTARY DISMISSAL**

**NOW COMES** the Plaintiff, **EDWARD ROMERO,** by and through his attorney, John S. Bishof, Jr. of the Law Office of John Bishof, PC, and pursuant to Rule 41(a)(1)(i) hereby voluntarily dismisses her action now pending before this court and further states as follows:

1. Plaintiff filed this action March 21, 2009.

2. Defendant was personally served with summons and complaint on March 26, 2008.

3. Defendant has not filed an appearance in this action.

Therefore plaintiff voluntarily dismisses his action against the defendant, Union Pacific Railroad Company and seeks no further relief from defendant.

Respectfully submitted,

BY:     /s John S. Bishof, Jr.
              John S. Bishof Jr.

Law Office of John Bishof, P.C.
77 West Washington St, Suite 1910
Chicago, IL 60602
Phone:  312-630-2048
Fax:  312-630-2085
#213926
**ATTORNEY FOR PLAINTIFF**

Case 1:08-cv-01681     Document 9     Filed 04/11/2008     Page 2 of 2